NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| MAPSSY INTERNATIONAL INC., | : | |
| | : | |
| Plaintiff, | : | **ORDER** |
| | : | |
| v. | : | Civ. No. 08-03037 |
| | : | |
| HUDSON VALLEY TRADING INC. and RICHARD D. RUDOLPH, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**Walls, Senior District Judge**

For the reasons expressed in the accompanying opinion, on this 11th day of October 2012:

It is **ORDERED** that Plaintiff's motion for default judgment is **GRANTED** in part and **DENIED** in part.

                                                            s/ William H. Walls
                                                            United States Senior District Judge